**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Naval Murillo RUIZ, Defendant–**
**Appellant.**

**No. 10–11713**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 3, 2011.

Anne R. Schultz, Wifredo A. Ferrer, U.S. Attorney, Kathleen M. Salyer, U.S.

---

Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Sowmya Bharathi, Assistant Federal Public Defender, Kathleen M. Williams, Federal Public Defender's Office, Naval Ruiz Murillo, Miami, FL, for Defendant–Appellant.

Before EDMONDSON, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Sowmya Bharathi, appointed counsel for Naval Murillo Ruiz in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Murillo Ruiz's conviction and sentence are **AFFIRMED.**